UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

UNITED STATES OF AMERICA,                          APPEARANCE

    -against-                                      Case No.: 07 MAG 854

PATRICK SPENCER,

                Defendant.

To the Clerk of this Court and all Parties of Record:

Enter my appearance as counsel in this case for PATRICK SPENCER.

I certify that I am admitted to practice in this court.

Dated: August 28, 2007

THOMAS F. LIOTTI, ESQ. (4471)
LAW OFFICES OF THOMAS F. LIOTTI
600 Old Country Road, Ste. 530
Garden City, New York 11530
(516)794-4700
(516)794-2816 fax