☝ ORIGINAL
07 CRIM 1022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :      NOTICE OF INTENT
        v.                                             :      TO FILE AN INFORMATION
                                                       :
PATRICK SPENCER,                                       :      07 Cr.
                                                       :
                Defendant.                             :                JUDGE KAPLAN
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          October 24, 2007

                                MICHAEL J. GARCIA
                                United States Attorney


                        By:     _____
                                Marshall A. Camp
                                Assistant United States Attorney


                                AGREED AND CONSENTED TO:

                        By:     _____    by Jennifer L. McCann, Esq
                                Thomas Liotti, Esq.
                                Attorney for Patrick Spencer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

10/25/07 WHEEL A