UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   -v-                            :     INFORMATION

PATRICK SPENCER,                         07 Cr. _____ (LAK)

       Defendant.             :

- - - - - - - - - - - - - - - -x

## COUNT ONE

    1.   On or about May 24, 2007, in the Southern District of New York, PATRICK SPENCER, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, five grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

    (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

    2.   As a result of committing the foregoing controlled substance offense alleged in Count One of this Information, PATRICK SPENCER, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and personal, that constitutes or is derived, directly or indirectly, as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (i) cannot be located upon the exercise of due diligence;

    (ii) has been transferred or sold to, or deposited with, a third party;

    (iii) has been placed beyond the jurisdiction of the court;

    (iv) has been substantially diminished in value; or

    (v) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

PATRICK SPENCER,

Defendant.

INFORMATION

07 Cr. _____ (LAK)

(Title 21, United States Code,
Sections 812, 841 and 853; Title 18,
United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

11/5/07 Defendant Patrick Spencer present with attorney Drummond Smith. AUSA Marshall Camp present. Court Reporter Jerry Harrison present. Waiver of indictment and information filed in open court. Defendant Spencer allocuted as to waiver of indictment and entered a plea of not guilty. A Status conference was set for 12/14/07 at 11:00am. Time from today through 12/14/07 is excluded from speedy trial calculations in the interests of justice.

Kaplan, J.

-3-