UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KAPLAN

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :

                                  :      WAIVER OF INDICTMENT
PATRICK SPENCER,                  :
                                  :      07 CRIM 1022
          Defendant.             :

                                  :

                                  :

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating
Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B), being advised of the nature of the charge and of
his rights, hereby waives, in open Court, prosecution by
indictment and consents that the proceeding may be by information
instead of by indictment.

                              _____
                              PATRICK SPENCER


                              _____
                              Thomas Liotti, Esq.
                              Attorney for Patrick Spencer


        Witness:              _____


Date:      New York, New York
           November 5, 2007