```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :         WAIVER OF INDICTMENT
PATRICK SPENCER,                  :
                                  :         S1 07 Cr. 1022 (LAK)
              Defendant.          :
                                  :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
PATRICK SPENCER

_____
JENNIFER MCCANN, ESQ.
Attorney for Patrick Spencer

Witness: _____

Date:    New York, New York
         January 14, 2008