```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
     - v. -                      :    ORDER
                                 :
PATRICK SPENCER,                 :    S1 07 Cr. 1022 (LAK)
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

WHEREAS, with defendant Patrick Spencer's consent, his guilty plea allocution was taken before the Honorable Andrew J. Peck, United States Magistrate Judge, on January 14, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One and Two of the superseding Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that defendant Patrick Spencer's guilty plea be, and hereby is, ACCEPTED.

Dated:   January 23, 2008.

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE