LAW OFFICES OF

# THOMAS F. LIOTTI

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
(516) 794-4700
FAX: (516) 794-2816

THOMAS F. LIOTTI✧
_____

LUCIA MARIA CIARAVINO
JENNIFER L. McCANN
EDWARD A. PALTZIK
DRUMMOND SMITH   _____

MARIA ALBANO
Office Manager/Legal Assistant

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

April 11, 2008

Hon. Lewis Kaplan
Southern District of New York
U.S. Courthouse
Criminal Division
500 Pearl Street
New York, New York 10007

      Re:    **U.S.A. v. Patrick Spencer**
              **Docket No.: 07 MAG 854**

Dear Honorable Sir:

      Please be advised that this office represents the defendant in the above matter, Patrick Spencer.

      Mr. Spencer's initial sentencing date was scheduled for today, April 11, 2008 at 4:00 p.m. I received a call from AUSA Marshall Camp requesting an adjournment in this matter, to which I consented. Upon noticing the appearance still in our office calendar, I checked the ECF system this afternoon and did not see the request by Mr. Camp for the adjournment. I have attempted to reach Mr. Camp as well as Your Honor's courtroom deputy, but have not been able to speak with either yet.

      It should further be noted that I am currently in the process of obtaining Mr. Spencer's medical records that will prove very relevant in sentencing. I have not yet received all of them.

      Based upon my belief that Mr. Camp was requesting the adjournment and well as the need for additional time to obtain medical records, I am requesting an adjournment of the sentencing date for Mr. Spencer.

      I thank the Court for its courtesy and consideration in this matter.

                                            Respectfully submitted,

                                            /s/ *Jennifer L. McCann*

                                                                         Jennifer L. McCann    JM4098

cc:    Marshall A. Camp, Esq.